**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                  Case No.:    3:11-cr-59-J-34PDB

JOEL MAYTIN-CABALLERO,

        Defendant.
_____/

## ORDER

      Before the Court is Defendant's Motion for Sentence Reduction Under Amendment 782 (Doc. 90, Motion). Defendant seeks to reduce his prison term under 18 U.S.C. § 3582(c)(2) based on Amendment 782 to the United States Sentencing Guidelines, a retroactive guidelines amendment, see U.S.S.G. § 1B1.10(e) (2014). See Motion at 1. The Court appointed the Federal Public Defender's Office to represent Defendant (Doc. 89, Order Appointing FPD), but the Federal Public Defender has notified the Court that Defendant appears to be ineligible because the Court has already sentenced him to the mandatory minimum (Doc. 93, FPD's Notice). The United States Probation Office has reached the same conclusion. (Doc. 91, Amendment 782 Memorandum).

      The Court has reviewed the Amended Judgment (Doc. 74) and the Amendment 782 Memorandum from the United States Probation Office. The record confirms that the Court sentenced Defendant to the mandatory minimum sentence required by law. The record does not reflect that Defendant qualified for a sentence below the mandatory minimum on account of the substantial assistance or safety valve provisions of 18 U.S.C.

§§ 3553(e) and (f).  See also U.S.S.G. §§ 5C1.2, 5K1.1.  The Eleventh Circuit Court of Appeals has unequivocally held that "[t]he law is clear that a sentencing court lacks jurisdiction to consider a § 3582(c)(2) motion, even when an amendment would lower the defendant's otherwise-applicable Guidelines sentencing range, when the defendant was sentenced on the basis of a mandatory minimum." United States v. Mills, 613 F.3d 1070, 1078 (11th Cir. 2010).  As such, regardless of the defendant's Guidelines range, this Court cannot sentence a defendant below the mandatory minimum, absent narrow exceptions inapplicable here.

Accordingly, it is hereby

**ORDERED**:

Defendant's Motion for Sentence Reduction Under Amendment 782 (Doc. 90) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 29th day of January, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record
United States Marshals Service
United States Probation Office
Bureau of Prisons
Defendant